### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-80214 |
| | § | |
| THOMAS E. FEREDAY, Jr. | § | |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>07/12/2017</u>. The undersigned trustee was appointed on <u>07/12/2017</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $17,024.00

      Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $12,566.41 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $4,457.59 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was <u>07/02/2018</u> and the deadline for filing government claims was <u>01/08/2018</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$2,452.40</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$2,452.40</u>, for a total compensation of <u>$2,452.40</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$72.30,</u> for total expenses of <u>$72.30</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>06/10/2020</u>                    By:    /s/ Rodney D. Tow
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| Case No.: | 17-80214-G1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | FEREDAY, Jr., THOMAS E. | Date Filed (f) or Converted (c): | 07/12/2017 (f) |
| For the Period Ending: | 6/10/2020 | §341(a) Meeting Date: | 09/06/2017 |
| | | Claims Bar Date: | 07/02/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 1710 S. Highway 146, Baytown, Texas Harris 0.0556 U/D Interest in TR 8 (20.600 acres) Abstract 66 W. Scott - mineral interest and surface rights. Lease 117 RRC 17378 Busch Enderli AB 66 Scott William; RRC 17912 Busch Shelton-D; Lease 112 RRC 16363 Busch Shelton-A W/#1 AB 66 William Scott; Lease 107 RRC 16030 Unit 9900600 Busch H W/#1-B AB 66 Scott William Per; Lease 109 RRC Unit 9900600 Busch H W/#1-B AB 66 Scott William. | $930.00 | $930.00 | | $0.00 | FA |
| **Asset Notes:** | Mineral Interest and surface rights. | | | | | |
| 2 | 111 Poncho Street Anahuac TX 77514 Chambers  224 27-1B H STARNES & 224 27-1 H STARNES totalling 3.160 acres | $678,960.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Single-family home | | | | | |
| 3 | 0 Evergreen Road, Baytown, Texas 0.04143 U/D Interest in Tract 3 (80.11 Acres) Abstract 65 W Scott Harris | $3,000.00 | $3,000.00 | | $17,024.00 | FA |
| **Asset Notes:** | 12/04/2018 #46 | | | | | |
| 4 | 2007 Chevrolet 1500 4X4 Truck 2007 Chevrolet 1500 4X4 Truck | $800.00 | $0.00 | | $0.00 | FA |
| 5 | 2016 Ford F150 4X4 Truck  2016 Ford F150 4X4 Truck | $42,000.00 | $42,000.00 | | $0.00 | FA |
| 6 | 2015 Mercedes SLK250 2015 Mercedes SLK250 | $25,000.00 | $25,000.00 | | $0.00 | FA |
| 7 | Sofa $50; love seat $50; 2 color TVs $100, computer $50; 2 small kitchen  appliances $10; dishes, glasses and flatware $15; table w/4 chairs $50; misc. kitchenitems $10; 2 beds $100; dresser $30; chest of drawers $25; 2 night stands $20; 2 lamps $5; washer and dryer $60; | $575.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit A

| Case No.: | 17-80214-G1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | FEREDAY, Jr., THOMAS E. | Date Filed (f) or Converted (c): | 07/12/2017 (f) |
| For the Period Ending: | 6/10/2020 | §341(a) Meeting Date: | 09/06/2017 |
| | | Claims Bar Date: | 07/02/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8 | Picture of Flowers | $10.00 | $0.00 | | $0.00 | FA |
| 9 | 1 suit $10; 15 shirts $30; 5 pairs pants $25; jacket $20; coat $20; 4 pairs shoes $60. | $165.00 | $0.00 | | $0.00 | FA |
| 10 | Wedding rings | $200.00 | $0.00 | | $0.00 | FA |
| 11 | Joint checking account at Texas First Bank | $203.00 | $203.00 | | $0.00 | FA |
| 12 | Joint checking account at Wells Fargo | $254.00 | $254.00 | | $0.00 | FA |
| 13 | Checking account at ICON Bank | $0.06 | $0.06 | | $0.00 | FA |
| 14 | Joint savings account at Wells Fargo | $75.00 | $75.00 | | $0.00 | FA |
| 15 | Savings account at San Antonio Credit Union | $13.00 | $13.00 | | $0.00 | FA |
| 16 | OTeX Resources LLC 98% | $100.00 | $100.00 | | $0.00 | FA |
| 17 | TEF Holdings LLC 100% | $100.00 | $100.00 | | $0.00 | FA |
| 18 | Security Deposit to Railroad Commission | $25,000.00 | $25,000.00 | | $0.00 | FA |
| 19 | Security Deposit to Bureau of Land Management | $10,000.00 | $10,000.00 | | $0.00 | FA |
| 20 | Wife's 401(K) | $46,375.98 | $0.00 | | $0.00 | FA |
| 21 | Spendthrift Trust created March 23, 2001 by Debtor's mother.  Testator died 2003.  Most if not all property was distributed shortly after her death.  Possible mineral interest exists and if so, valued at $100K **(u)** | $100,000.00 | $100,000.00 | | $0.00 | FA |
| 22 | 1 30 Bayside***Life Estate**** 199 Poncho, Anahauc, TX  77514 **(u)** | $1,000.00 | $1,000.00 | | $0.00 | FA |

**Asset Notes:**     Subject to Life Estate Ownership

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $934,761.04 | $207,675.06 | | $17,024.00 | $0.00 |

**Major Activities affecting case closing:**
05/05/2020     RT:  Call to Stephen DonCarlos 281-422-8166 Discussed the fact that the tax liens went with the property.  I emailed him a copy of the order.  sdoncarlos@rsg-llp.com

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    3          Exhibit A

| | |
|---|---|
| **Case No.:** | 17-80214-G1-7 |
| **Case Name:** | FEREDAY, Jr., THOMAS E. |
| **For the Period Ending:** | 6/10/2020 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date Filed (f) or Converted (c):** | 07/12/2017 (f) |
| **§341(a) Meeting Date:** | 09/06/2017 |
| **Claims Bar Date:** | 07/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/05/2020    RT:  Call to Randy Strong and email to Randy

Randy,

The City of Baytown filed Claims 12, 13, 14, 15, 17, 20, 22, and 24 in this case.  I think all of these claims apply to a parcel of real estate I sold with an order that the tax liens remained attached to the property.  I've attached a copy of the Court's order.

I am prepared to submit my final report to the US Trustee for approval and filing with the bankruptcy court but I wanted to give you a heads up that this sale occurred and the purchaser should have paid the taxes.

Let me know if you object to me proceeding with submitting my final report.  It will not provide for payment to any taxing entity secured by that tract of land and I believe all your claims relate to that tract.  However, since I did not administer any other real estate then any lien on other property will not get paid.

BTW, since your liens still attach to the property you can still collect from my buyer.

Thanks

Rodney

05/05/2020    RT:  Call to Randy Strong.  Also sent him an email.

Randy,

The City of Baytown filed Claims 12, 13, 14, 15, 17, 20, 22, and 24 in this case.  I think all of these claims apply to a parcel of real estate I sold with an order that the tax liens remained attached to the property.  I've attached a copy of the Court's order.

I am prepared to submit my final report to the US Trustee for approval and filing with the bankruptcy court but I wanted to give you a heads up that this sale occurred and the purchaser should have paid the taxes.

Let me know if you object to me proceeding with submitting my final report.  It will not provide for payment to any taxing entity secured by that tract of land and I believe all your claims relate to that tract.  However, since I did not administer any other real estate then any lien on other property will not get paid.

BTW, since your liens still attach to the property you can still collect from my buyer.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   4        Exhibit A

| Case No.: | 17-80214-G1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | FEREDAY, Jr., THOMAS E. | Date Filed (f) or Converted (c): | 07/12/2017 (f) |
| For the Period Ending: | 6/10/2020 | §341(a) Meeting Date: | 09/06/2017 |
| | | Claims Bar Date: | 07/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 05/05/2020 | RT:  Then I sent this email to Randy and Steve |
| | BTW, don't put too much effort in this.  I only have $1,932.89 to distribute to secured claimants so we were going to pay pennies on every claim. |
| 05/04/2020 | RT:  orders signed. We can close. |
| 04/09/2020 | RT Bill and Kasowitz fee apps on file.  Should have orders by the end of April |
| 03/25/2020 | RT I reviewed all claims.  Ready to close. |
| 03/25/2020 | RT we need Kasowitz and West fee applications.  I sent Kasowitz an email requesting they file their fee application in 10 days. |
| 07/31/2019 | RT email from Larry Vick |
| | The following is what I sent you on July 19th.  What more do you need? |
| | On Fri, Jul 19, 2019, 11:24 AM Larry Vick <attorney@larryvick.com> wrote: |
| | Rodney, Debtor reports that the funds on deposit for the RRC and BLM were forfeited and taken by these entities. |
| | The funds on deposit No. 11 thru 15 I believe total $545.06.  These accounts were marital community funds.  The debtor will turn over $272.53. |
| | The two companies referenced on No. 16 and 17 have no assets and charters have been forfeited a year ago |
| | The life estate is held by a 79 year old gentleman and debtor is 72.  There is a FEMA trailer on the lot that does not belong to the debtor. Only the dirt is in the estate and debtor would pay $500. to keep his interest. |
| 07/09/2019 | RT--this case now has an undisclosed asset that I need to look at.  The litigation was resolved against the estate with respect to the homestead but the creditor working with the trustee appealed the ruling denying his dischargeability claim. |
| 05/11/2019 | JW-DIAMOND MCCARTHY'S FEE APPLICATION WAS APPROVED |
| 04/12/2019 | JW- |
| | IMPORTED CLAIMS FOR REVIEW |
| 04/10/2019 | JW-DM FILED THEIR FINAL FEE APPLICATION AND WITHDRAWAL AS ATTORNEY |
| 12/31/2018 | JW-ORDER APPROVING TRUSTEE'S RENEWED AND AMENDED APPLICATION TO EMPLOY KYUNG LEE |
| 12/20/2018 | JW-DEBTOR FILED AMENDED SCHEDULES B AND C |
| 12/04/2018 | JW-ORDER APPROVING SALE OF REAL PROPERTY WAS ENTERED |
| 11/19/2018 | JW-ORDER DENYING APPLICATION TO EMPLOY WAS DENIED |
| 11/19/2018 | JW-TRUSTEE FILED AN AMENDED APPLICATION TO EMPLOY KYUNG LEE |
| 11/15/2018 | JW-TRUSTEE FILED AN APPLICATION TO EMPLOY KBT- KYUNG LEE |
| 11/05/2018 | JW-TRUSTEE FILED A MOTION TO SALE REAL PROPERTY |
| 07/12/2018 | JW-ORDER EMPLOYING DIAMOND MACCARTHY WAS APPROVED |
| 06/28/2018 | JW-CHECKED ON THE STATUS OF DIAMOND MCCARTHY'S FEE APPLICATION.  WE HAVE RECEIVED AN ORDER YET. |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   5          Exhibit A

| Case No.: | 17-80214-G1-7 |
| Case Name: | FEREDAY, Jr., THOMAS E. |
| For the Period Ending: | 6/10/2020 |

| Trustee Name: | Rodney Tow |
| Date Filed (f) or Converted (c): | 07/12/2017 (f) |
| §341(a) Meeting Date: | 09/06/2017 |
| Claims Bar Date: | 07/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/10/2018      RT email to Larry Vick

Larry,

I've been contacted by someone interested in purchasing the mineral interests in this estate.  The only mineral interest reference I see is associated with the "0.0556 U/D Interest in TR 8 (20.600 acres)".   Is that the only mineral interest he owns?

Thanks

Rodney

04/10/2018      RT response from Larry and my reply

Thanks. Can you send me a copy of the trust?

Thanks

Rodney
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, Texas 77590
281-429-8300

Conference Line:  281-429-8305
Conference ID:  71378

From: Larry Vick [mailto:attorney@larryvick.com]
Sent: Tuesday, April 10, 2018 11:56 AM
To: Rodney Tow <rtow@rtowtrustee.com>
Subject: Re: 17-80214-G1-7 - FEREDAY, Jr., THOMAS E.

Rodney, I was contacted by probably the same person referring to alleged mineral interests of a 1991 trust by the debtor's mother.  I filed amended A-B yesterday after further inquiry of the debtor.

04/09/2018      JW-DEBTOR FILED AMENDED SCHEDULES A/B

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:     6          Exhibit A

| Case No.: | 17-80214-G1-7 |
|---|---|
| Case Name: | FEREDAY, Jr., THOMAS E. |
| For the Period Ending: | 6/10/2020 |

| Trustee Name: | Rodney Tow |
|---|---|
| Date Filed (f) or Converted (c): | 07/12/2017 (f) |
| §341(a) Meeting Date: | 09/06/2017 |
| Claims Bar Date: | 07/02/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/29/2018 | JW-NOTICED CASE OUT AS AN ASSET |
| 03/22/2018 | JW-TRUSTEE FILED AN APPLICATION TO EMPLOY DIAMOND MCCARTHY |
| 02/12/2018 | JW-ORDER WITHDRAWING NDR WAS ENTERED |
| 02/07/2018 | JW-TRUSTEE WITHDREW HIS NDR |
| 01/25/2018 | RT reply from Larry |

The debtor's ownership in the 20.600 acres at 1710 Hwy 146, Baytown (the city and the post office confuse the address for the acreage, 1710 and 1810 interchangeably) is .0556 undivided interest. The county's valuation of the debtor's interest for 2016 was $4,082 after challenged before the appraisal review board. The 2017 values by the various school districts went up to 16,709 without the debtor's notice. Even with the increase the debtor's interest is valued at 929.00. The current taxes due the school districts is $1,492.00 on the .0556 interest.

There are 3 damaged and abandoned boat hulls, travel trailers, portable buildings and a metal building there that does not belong to the debtor. The 20 acres are basically a storage or dumping ground for personal property of former lease operators, employees etc. Oh, and there is a herd of goats belonging to one of the former roustabouts for a lease operator.

I am attaching the documents that the debtor provided me from the taxing authorities.

| 01/25/2018 | RT I've decided to close this as a no asset case. The land is an undivided interest in 20 acres. There are over $1mm in scheduled creditors so even if I sold it, after admin fees there would be too little for a meaningful distribution. |
|---|---|
| 01/24/2018 | RT email to Larry Vick |

Larry,

I wanted to close this case but I noted that he had property described as 1710 S. Highway 146, Baytown, Texas. I thought it was raw land but when I look at it on the internet there is a house on the property and it is part of what looks like a boat yard. Can you get me clarification on what this property is? I also looked at the tax rolls and could not find it. Could you send me the tax statement which Mr. Fereday says has a $900 value?

Thanks

Rodney
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, Texas 77590
281-429-8300

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   7          Exhibit A

| Case No.: | 17-80214-G1-7 | Trustee Name: | Rodney Tow |
| Case Name: | FEREDAY, Jr., THOMAS E. | Date Filed (f) or Converted (c): | 07/12/2017 (f) |
| For the Period Ending: | 6/10/2020 | §341(a) Meeting Date: | 09/06/2017 |
| | | Claims Bar Date: | 07/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/20/2017     N.O.  Rodney please review Taxes ,also look at bank info ask not sure if the still have CD"s#1250 $10,820.99 & #9249  $25,659.00 Texas Fst Bank ,also ask about his Business.

17   Yes    filing chp7

No   no funds will be available

EXEMPTIIONS                    SUMMMARY

STATE                          PG#35

BANK ACCOUNTS

1. Texas First  deposits on 5/2/17 for $14,357.50 & 5/18/17 $30,661.25

2.Tx, Fst.   Capital payment 5/19/17 two  $2,063.24 & $3,488.79

3. TX, Fst  checks paid    #4249 $4,500.00,#4249 $5,500.00 & #4251 $10,000.00

4. Wells Fargo  Tax refund $2,961.00 on 4/12/17 & a w/d for $1,000.00 on 4/14/17

5. Wells o 4/24/17 $2,506.58 to Carnival Fre.FL..  &5/19/17 Trans to Platium Card $2,899.00   & deposit $4,500.00  ( same day as w/d from Tx Bank )

6.the balances match filing day.

TAX RETURNS

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    8          Exhibit A

| | |
|---|---|
| **Case No.:** | 17-80214-G1-7 |
| **Case Name:** | FEREDAY, Jr., THOMAS E. |
| **For the Period Ending:** | 6/10/2020 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date Filed (f) or Converted (c):** | 07/12/2017 (f) |
| **§341(a) Meeting Date:** | 09/06/2017 |
| **Claims Bar Date:** | 07/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

1.2016 REFUND DUE $5,862.00

2.2015 REFUND $4,006.00

09/20/2017   N.O.  QUESTIONNAIRE

QUESTIONNAIRE

#2 yes   owes taxes

#5 NO  the majority of my debts were incurred primarily for personal,& family.

#19 Yes Has foreclosed

#24 Yes Had a business & undecided about keeping it oen

#27 Yes Have you been a Trustee

#46  Yes have you conferred wit an attorney other than your bankruptcy attorney regarding any claims

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    9          Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 17-80214-G1-7 | |
| **Case Name:** | FEREDAY, Jr., THOMAS E. | |
| **For the Period Ending:** | 6/10/2020 | |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date Filed (f) or Converted (c):** | 07/12/2017 (f) |
| **§341(a) Meeting Date:** | 09/06/2017 |
| **Claims Bar Date:** | 07/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

09/20/2017   RT 341 Notes

Why does he have a security deposit to the RRC of $25k--for Otex Resources LLC; Jan Northrup.

Why does he have a BLM deposit of $10k.--same issue

Lot in Baytown scheduled at $900--appraised value from tax district--this is a one acre undivided of 20 acre tract with minerals

House over $600k. only 42k owed

One car not exempted but it has a debt equal to its value.

The two accounts Nicole refers to are security for a bond with RRC and BLM as listed in the schedules and the sureties are making demand for the payment of those funds.  Larry will notify us once they have been executed against.

I want to hold it open as a potential asset case until October 31 and if nothing comes up, close no asset.  I am concerned that a creditor contacted me on this case about hidden assets and I cannot find his email.  It may have been about another case because I cannot find an email relating to this case.  That will give him sufficient time to get with me if he was on this case.  Also, if the RRC and the BLM sureties do not execute then we need to hold open until it is confirmed they were executed in the entirety.

Potential asset case.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   10        Exhibit A

| | |
|---|---|
| **Case No.:** | 17-80214-G1-7 |
| **Case Name:** | FEREDAY, Jr., THOMAS E. |
| **For the Period Ending:** | 6/10/2020 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date Filed (f) or Converted (c):** | 07/12/2017 (f) |
| **§341(a) Meeting Date:** | 09/06/2017 |
| **Claims Bar Date:** | 07/02/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

09/19/2017   RT 341 Review--

Why does he have a security deposit to the RRC of $25k

Why does he have a BLM deposit of $10k.

Lot in Baytown scheduled at $900

House over $600k. only 42k owed

One car not exempted

$445k owed to Capacity funding

This may be an asset case.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**   09/20/2019 | **Current Projected Date Of Final Report (TFR):**   04/30/2020 | /s/ RODNEY TOW |
| | | RODNEY TOW |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-80214-G1-7 | | Trustee Name: | Rodney Tow |
| Case Name: | FEREDAY, Jr., THOMAS E. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5379 | | Checking Acct #: | ******0214 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 7/12/2017 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 6/10/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2019 | (3) | Chase | 12/04/2018 #46 | 1110-000 | $17,024.00 | | $17,024.00 |
| 05/13/2019 | 3001 | DIAMOND MCCARTHY LLP | 5/11/2019 #52 | 3210-000 | | $2,545.00 | $14,479.00 |
| 11/08/2019 | 3002 | International Sureties | Bond Payment October 2019 to October 2020 | 2300-000 | | $4.09 | $14,474.91 |
| 05/07/2020 | 3003 | Kasowitz Benson Torres LLP | 5/1/2020 #61 | 3210-600 | | $8,377.50 | $6,097.41 |
| 05/07/2020 | 3004 | Kasowitz Benson Torres, LLP | 5/1/2020 #61 | 3220-610 | | $54.52 | $6,042.89 |
| 05/07/2020 | 3005 | WILLIAM G. WEST | 5/1/2020 #60 | 3410-000 | | $1,505.00 | $4,537.89 |
| 05/07/2020 | 3006 | WILLIAM G. WEST | 5/1/2020 #60 | 3420-000 | | $80.30 | $4,457.59 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $17,024.00 | $12,566.41 | $4,457.59 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| Subtotal | $17,024.00 | $12,566.41 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| Net | $17,024.00 | $12,566.41 | |

| **For the period of 7/12/2017 to 6/10/2020** | | **For the entire history of the account between 03/19/2019 to 6/10/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $17,024.00 | Total Compensable Receipts: | $17,024.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,024.00 | Total Comp/Non Comp Receipts: | $17,024.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,566.41 | Total Compensable Disbursements: | $12,566.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,566.41 | Total Comp/Non Comp Disbursements: | $12,566.41 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 17-80214-G1-7 |
| Case Name: | FEREDAY, Jr., THOMAS E. |
| Primary Taxpayer ID #: | **-***5379 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/12/2017 |
| For Period Ending: | 6/10/2020 |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0214 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $89,692,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $17,024.00 | $12,566.41 | $4,457.59 |

**For the period of 7/12/2017 to 6/10/2020**

| | |
|---|---|
| Total Compensable Receipts: | $17,024.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,024.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,566.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,566.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/12/2017 to 6/10/2020**

| | |
|---|---|
| Total Compensable Receipts: | $17,024.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,024.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,566.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,566.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RODNEY TOW

RODNEY TOW

**CLAIM ANALYSIS REPORT**

Page No: 1                    Exhibit C

| Case No. | 17-80214-G1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | FEREDAY, Jr., THOMAS E. | Date: | 6/10/2020 |
| Claims Bar Date: | 07/02/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RODNEY D. TOW<br><br>1122 Highborne Cay Court<br>Texas City TX 77590-1403 | 05/25/2018 | TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $72.30 | $72.30 | $0.00 | $0.00 | $0.00 | $72.30 |
| | DIAMOND MCCARTHY LLP<br>909 FANNIN, STE. 1500<br>HOUSTON TX 77010 | 04/12/2019 | Trustee Attorney Fees | Allowed | 3210-000 | $0.00 | $2,545.00 | $2,545.00 | $2,545.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** 5/11/2019 #52

| | RODNEY D. TOW<br><br>1122 Highborne Cay Court<br>Texas City TX 77590-1403 | 05/13/2019 | TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $2,452.40 | $2,452.40 | $0.00 | $0.00 | $0.00 | $2,452.40 |
| | KASOWITZ BENSON TORRES LLP<br>1415 Louisiana Street, ste. 2100<br>Houston TX 77002 | 03/25/2020 | SPECIAL COUNSEL FEES | Allowed | 3210-600 | $0.00 | $8,377.50 | $8,377.50 | $8,377.50 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** 5/01/2020 #61

| | WILLIAM G. WEST<br><br>12837 Louetta Road<br>SUITE 201<br>Cypress TX 77429 | 05/04/2020 | ACCOUNTANT COMPENSATION | Allowed | 3410-000 | $0.00 | $1,505.00 | $1,505.00 | $1,505.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** 5/01/2020 #60

| | WILLIAM G. WEST<br><br>12837 Louetta Road<br>SUITE 201<br>Cypress TX 77429 | 05/04/2020 | ACCOUNTANT EXPENSES | Allowed | 3420-000 | $0.00 | $80.30 | $80.30 | $80.30 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** 5/01/2020 #60

| | KASOWITZ BENSON TORRES, LLP | 05/04/2020 | SPECIAL COUNSEL EXPENSES | Allowed | 3220-610 | $0.00 | $54.52 | $54.52 | $54.52 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** 5/01/2020 #61

| 1 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT<br>c/o Reid Strickland & Gillette LLP<br>PO Box 809<br>Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $117.31 | $117.31 | $0.00 | $0.00 | $0.00 | $117.31 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

CLAIM ANALYSIS REPORT

Page No: 2          Exhibit C

| Case No. | 17-80214-G1-7 | | Trustee Name: | Rodney Tow |
| Case Name: | FEREDAY, Jr., THOMAS E. | | Date: | 6/10/2020 |
| Claims Bar Date: | 07/02/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $603.01 | $603.01 | $0.00 | $0.00 | $0.00 | $603.01 |

**Claim Notes:**     Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| 3 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $83.99 | $83.99 | $0.00 | $0.00 | $0.00 | $83.99 |

**Claim Notes:**     Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| 4 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $3,029.04 | $3,029.04 | $0.00 | $0.00 | $0.00 | $3,029.04 |

**Claim Notes:**     Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| 5 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $110.44 | $110.44 | $0.00 | $0.00 | $0.00 | $110.44 |

**Claim Notes:**     Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| 6 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $531.46 | $531.46 | $0.00 | $0.00 | $0.00 | $531.46 |

**Claim Notes:**     Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No.: | 17-80214-G1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | FEREDAY, Jr., THOMAS E. | Date: | 6/10/2020 |
| Claims Bar Date: | 07/02/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $14.71 | $14.71 | $0.00 | $0.00 | $0.00 | $14.71 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $83.48 | $83.48 | $0.00 | $0.00 | $0.00 | $83.48 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $83.48 | $83.48 | $0.00 | $0.00 | $0.00 | $83.48 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $102.30 | $102.30 | $0.00 | $0.00 | $0.00 | $102.30 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | GOOSE CREEK CISD & LEE COLLEGE DISTRICT c/o Reid Strickland & Gillette LLP PO Box 809 Baytown TX 77522-0809 | 10/16/2017 | SECURED | Allowed | 4110-000 | $0.00 | $604.70 | $604.70 | $0.00 | $0.00 | $0.00 | $604.70 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

CLAIM ANALYSIS REPORT

Exhibit C

| Case No. | 17-80214-G1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | FEREDAY, Jr., THOMAS E. | Date: | 6/10/2020 |
| Claims Bar Date: | 07/02/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CITY OF BAYTOWN c/o Randall B Strong 407 W Baker Rd Suite T Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $57.39 | $57.39 | $0.00 | $0.00 | $0.00 | $57.39 |
| 13 | CITY OF BAYTOWN c/o Randall B Strong 407 W Baker Rd Suite T Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $9.38 | $9.38 | $0.00 | $0.00 | $0.00 | $9.38 |
| 14 | CITY OF BAYTOWN c/o Randall B Strong 407 W Baker Rd Suite T Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $295.74 | $295.74 | $0.00 | $0.00 | $0.00 | $295.74 |
| 15 | CITY OF BAYTOWN c/o Randall B Strong 407 W Baker Rd Suite T Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $40.78 | $40.78 | $0.00 | $0.00 | $0.00 | $40.78 |
| 16 | CITY OF BAYTOWN c/o Randall B Strong 407 W Baker Rd Suite T Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $1,481.40 | $1,481.40 | $0.00 | $0.00 | $0.00 | $1,481.40 |
| 17 | CITY OF BAYTOWN c/o Randall B Strong 407 W Baker Rd Suite T Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $53.64 | $53.64 | $0.00 | $0.00 | $0.00 | $53.64 |
| 18 | CITY OF BAYTOWN c/o Randall B Strong 407 W Baker Rd Suite T Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $261.96 | $261.96 | $0.00 | $0.00 | $0.00 | $261.96 |

**Claim Notes:**    Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

**Claim Notes:**    Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

**Claim Notes:**    Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

**Claim Notes:**    Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

**Claim Notes:**    Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

**Claim Notes:**    Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

**Claim Notes:**    Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

CLAIM ANALYSIS REPORT

Exhibit C

| Case No. | 17-80214-G1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | FEREDAY, Jr., THOMAS E. | | Date: | 6/10/2020 |
| Claims Bar Date: | 07/02/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | CITY OF BAYTOWN<br><br>c/o Randall B Strong<br>407 W Baker Rd Suite T<br>Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $7.14 | $7.14 | $0.00 | $0.00 | $0.00 | $7.14 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | CITY OF BAYTOWN<br><br>c/o Randall B Strong<br>407 W Baker Rd Suite T<br>Baytown TX 77595 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $40.51 | $40.51 | $0.00 | $0.00 | $0.00 | $40.51 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | CITY OF BAYTOWN<br><br>c/o Randall B Strong<br>407 W Baker Rd Suite T<br>Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $40.51 | $40.51 | $0.00 | $0.00 | $0.00 | $40.51 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | CITY OF BAYTOWN<br><br>c/o Randall B Strong<br>407 W Baker Rd Suite T<br>Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $51.04 | $51.04 | $0.00 | $0.00 | $0.00 | $51.04 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | CITY OF BAYTOWN<br><br>c/o Randall B Strong<br>407 W Baker Rd Suite T<br>Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $296.89 | $296.89 | $0.00 | $0.00 | $0.00 | $296.89 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | CITY OF BAYTOWN<br><br>c/o Randall B Strong<br>407 W Baker Rd Suite T<br>Baytown TX 77521 | 10/26/2017 | SECURED | Allowed | 4110-000 | $0.00 | $353.43 | $353.43 | $0.00 | $0.00 | $0.00 | $353.43 |

**Claim Notes:** Pursuant to Sale Order 12/04/2018 #46 the buyer is obligated to pay any accrued property taxes.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | CAVALRY SPV I, LLC<br><br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | 04/03/2018 | UNSECURED | Allowed | 7100-000 | $0.00 | $14,672.46 | $14,672.46 | $0.00 | $0.00 | $0.00 | $14,672.46 |

**Claim Notes:** (25-1) Cavalry SPV I, LLC as assignee of Citibank, N.A./AAdvantage

**CLAIM ANALYSIS REPORT**

Page No: 6                    Exhibit C

| Case No. | 17-80214-G1-7 | | Trustee Name: | Rodney Tow |
| Case Name: | FEREDAY, Jr., THOMAS E. | | Date: | 6/10/2020 |
| Claims Bar Date: | 07/02/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | TRICO FISHING & RENTAL TOOLS CO. c/o Andrew B. Totz, Totz Ellison & Totz 2211 Norfolk, Suite 510 Houston TX 77098 | 04/10/2018 | UNSECURED | Allowed | 7100-000 | $0.00 | $41,807.32 | $41,807.32 | $0.00 | $0.00 | $0.00 | $41,807.32 |
| 27 | CHAMBERS COUNTY P.O. Box 519 Anahuac TX 77514 | 05/09/2018 | SECURED | Allowed | 4110-000 | $0.00 | $20,170.10 | $20,170.10 | $0.00 | $0.00 | $0.00 | $20,170.10 |
| Claim Notes: | (27-1) Ad Valorem Property Taxes | | | | | | | | | | | |
| 28 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 05/11/2018 | UNSECURED | Allowed | 7100-000 | $0.00 | $2,154.89 | $2,154.89 | $0.00 | $0.00 | $0.00 | $2,154.89 |
| 29 | AMERICAN EXPRESS NATIONAL BANK c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | 05/16/2018 | UNSECURED | Allowed | 7100-000 | $0.00 | $12,710.29 | $12,710.29 | $0.00 | $0.00 | $0.00 | $12,710.29 |
| 30 | BANK OF AMERICA, N.A. P O Box 982284 El Paso TX 79998-2238 | 06/22/2018 | UNSECURED | Allowed | 7100-000 | $0.00 | $20,372.73 | $20,372.73 | $0.00 | $0.00 | $0.00 | $20,372.73 |
| 31 | CRAIN, CATON & JAMES, P.C. c/o James Kovach, Kovach Law Firm PLLC 170 Westcott Street Houston TX 77007 | 06/28/2018 | SECURED | Allowed | 4110-000 | $0.00 | $112,862.00 | $112,862.00 | $0.00 | $0.00 | $0.00 | $112,862.00 |
| 32 | CAPACITY FUNDING LLC c/o Mark J. Friedman, Esq. Split Rock Legal Building 66 Split Rock Road Syosset NY 11791 | 07/02/2018 | SECURED | Allowed | 4110-000 | $0.00 | $862,452.38 | $862,452.38 | $0.00 | $0.00 | $0.00 | $862,452.38 |
| 33 | TAX EASE FUNDING 2016-1, LLC P.O. Box 645484 Cincinnati OH 45264 | 07/02/2018 | SECURED | Allowed | 4110-000 | $0.00 | $42,749.90 | $42,749.90 | $0.00 | $0.00 | $0.00 | $42,749.90 |
| | | | | | | | $1,153,392.82 | $1,153,392.82 | $12,562.32 | $0.00 | $0.00 | $1,140,830.50 |

**CLAIM ANALYSIS REPORT**

Page No: 7                    Exhibit C

| | |
|---|---|
| **Case No.** | 17-80214-G1-7 |
| **Case Name:** | FEREDAY, Jr., THOMAS E. |
| **Claims Bar Date:** | 07/02/2018 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date:** | 6/10/2020 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| ACCOUNTANT COMPENSATION | $1,505.00 | $1,505.00 | $1,505.00 | $0.00 | $0.00 | $0.00 |
| ACCOUNTANT EXPENSES | $80.30 | $80.30 | $80.30 | $0.00 | $0.00 | $0.00 |
| SECURED | $1,046,588.11 | $1,046,588.11 | $0.00 | $0.00 | $0.00 | $1,046,588.11 |
| SPECIAL COUNSEL EXPENSES | $54.52 | $54.52 | $54.52 | $0.00 | $0.00 | $0.00 |
| SPECIAL COUNSEL FEES | $8,377.50 | $8,377.50 | $8,377.50 | $0.00 | $0.00 | $0.00 |
| Trustee Attorney Fees | $2,545.00 | $2,545.00 | $2,545.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMPENSATION | $2,452.40 | $2,452.40 | $0.00 | $0.00 | $0.00 | $2,452.40 |
| TRUSTEE EXPENSES | $72.30 | $72.30 | $0.00 | $0.00 | $0.00 | $72.30 |
| UNSECURED | $91,717.69 | $91,717.69 | $0.00 | $0.00 | $0.00 | $91,717.69 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       17-80214
Case Name:      THOMAS E. FEREDAY, Jr.
Trustee Name:   Rodney D. Tow

Balance on hand: _____ $4,457.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Goose Creek CISD & Lee College District | $117.31 | $117.31 | $0.00 | $0.00 |
| 2 | Goose Creek CISD & Lee College District | $603.01 | $603.01 | $0.00 | $0.00 |
| 3 | Goose Creek CISD & Lee College District | $83.99 | $83.99 | $0.00 | $0.00 |
| 4 | Goose Creek CISD & Lee College District | $3,029.04 | $3,029.04 | $0.00 | $0.00 |
| 5 | Goose Creek CISD & Lee College District | $110.44 | $110.44 | $0.00 | $0.00 |
| 6 | Goose Creek CISD & Lee College District | $531.46 | $531.46 | $0.00 | $0.00 |
| 7 | Goose Creek CISD & Lee College District | $14.71 | $14.71 | $0.00 | $0.00 |
| 8 | Goose Creek CISD & Lee College District | $83.48 | $83.48 | $0.00 | $0.00 |
| 9 | Goose Creek CISD & Lee College District | $83.48 | $83.48 | $0.00 | $0.00 |
| 10 | Goose Creek CISD & Lee College District | $102.30 | $102.30 | $0.00 | $0.00 |
| 11 | Goose Creek CISD & Lee College District | $604.70 | $604.70 | $0.00 | $0.00 |
| 12 | City of Baytown | $57.39 | $57.39 | $0.00 | $0.00 |
| 13 | City of Baytown | $9.38 | $9.38 | $0.00 | $0.00 |
| 14 | City of Baytown | $295.74 | $295.74 | $0.00 | $0.00 |
| 15 | City of Baytown | $40.78 | $40.78 | $0.00 | $0.00 |
| 16 | City of Baytown | $1,481.40 | $1,481.40 | $0.00 | $0.00 |
| 17 | City of Baytown | $53.64 | $53.64 | $0.00 | $0.00 |

| 18 | City of Baytown | $261.96 | $261.96 | $0.00 | $0.00 |
| 19 | City of Baytown | $7.14 | $7.14 | $0.00 | $0.00 |
| 20 | City of Baytown | $40.51 | $40.51 | $0.00 | $0.00 |
| 21 | City of Baytown | $40.51 | $40.51 | $0.00 | $0.00 |
| 22 | City of Baytown | $51.04 | $51.04 | $0.00 | $0.00 |
| 23 | City of Baytown | $296.89 | $296.89 | $0.00 | $0.00 |
| 24 | City of Baytown | $353.43 | $353.43 | $0.00 | $0.00 |
| 27 | Chambers County | $20,170.10 | $20,170.10 | $0.00 | $0.00 |
| 31 | Crain, Caton & James, P.C. | $112,862.00 | $112,862.00 | $0.00 | $1,932.89 |
| 32 | Capacity Funding LLC | $862,452.38 | $862,452.38 | $0.00 | $0.00 |
| 33 | Tax Ease Funding 2016-1, LLC | $42,749.90 | $42,749.90 | $0.00 | $0.00 |

Total to be paid to secured creditors: $1,932.89

Remaining balance: $2,524.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Rodney D. Tow, Trustee Fees | $2,452.40 | $0.00 | $2,452.40 |
| Rodney D. Tow, Trustee Expenses | $72.30 | $0.00 | $72.30 |
| DIAMOND MCCARTHY LLP, Attorney for Trustee Fees | $2,545.00 | $2,545.00 | $0.00 |
| Kasowitz Benson Torres, LLP, Special Counsel for Trustee Expenses | $54.52 | $54.52 | $0.00 |
| WILLIAM G. WEST, Accountant for Trustee Fees | $1,505.00 | $1,505.00 | $0.00 |
| WILLIAM G. WEST, Accountant for Trustee Expenses | $80.30 | $80.30 | $0.00 |
| Other: Kasowitz Benson Torres LLP, Special Counsel for Trustee Fees | $8,377.50 | $8,377.50 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $2,524.70

Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:            $0.00

Remaining balance:            $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:            $0.00

Remaining balance:            $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $91,717.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 25 | Cavalry SPV I, LLC | $14,672.46 | $0.00 | $0.00 |
| 26 | Trico Fishing & Rental Tools Co. | $41,807.32 | $0.00 | $0.00 |
| 28 | Capital One Bank (USA), N.A. | $2,154.89 | $0.00 | $0.00 |
| 29 | American Express National Bank | $12,710.29 | $0.00 | $0.00 |
| 30 | Bank of America, N.A. | $20,372.73 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:            $0.00

Remaining balance:            $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:            $0.00

Remaining balance:            $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |